

Stephen M. Doniger
Scott Alan Burroughs
Trevor W. Barrett
Howard S. Han
Frank Gregory Casella
Justin M. Gomes
David R. Shein*
Mathew DiNicola*^
Emily A. Danchuk*+
Michael D. Steger*+
*Of Counsel
^Admitted in Texas
+Admitted in New York

*Doniger / Burroughs Building*
*603 Rose Avenue*
*Venice, California 90291*

*New York Office*
*295 Madison Avenue, 22nd Floor*
*New York, New York 10017*

*Sender's contact:*
*michael@donigerlawfirm.com*
*(646)517-0600*

February 8, 2018

**VIA ECF**

The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, NY  10007

  Re:  <u>The Echo Design Group, Inc. v. Elite Home Products, Inc., et al</u>; Case No. 17-cv-2505-DAB-SN

Dear Magistrate Judge Netburn:

  We represent Plaintiff The Echo Design Group, Inc. in the action referenced above.

  I am writing jointly with the consent of Robert Shepherd, counsel for the defendants, to inform Your Honor that the parties have reached an agreement to resolve this case.  Accordingly we will not need the assistance of the Court at the planned settlement conference and request that the Court cancel the settlement conference.   We expect to file a dismissal with the Court in the near future.

  Thank you for your consideration of this request.

        Sincerely yours,

        /s/ Michael D. Steger

        Michael D. Steger

cc:  Robert Shepherd, Esq. (via ECF)